FILED by _EG_ D.C.
ELECTRONIC

**Nov 23 2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 04-CIV-81178-MIDDLEBROOKS/Johnson

WHITE WATER INVESTMENTS, INC.,
a Florida Corporation,

        Plaintiff,

vs.

ETHICON ENDO-SURGERY, INC.,
an Ohio Corporation,

        Defendant.
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff White Water Investments, Inc. and Defendant-Counterclaimant Ethicon Endo-Surgery, Inc., by and through the undersigned, as counsel for the respective parties in this cause, that this case has been amicably settled and that the complaint shall be dismissed by the Court with prejudice, and that the counterclaim shall be dismissed by the Court with prejudice, each party to bear its own costs and fees.

DATED this 23 day of November, 2005.

By: _____
**Attorney for Plaintiff**
John Scarola
FL Bar No.: 169440
Searcy Denney
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
561-686-6300(ph)/561-684-5816(fax)

Respectfully Submitted,
By: _____
**One of the Attorneys for Defendant**
Eric C. Christu
FL Bar No.: 434647
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue, 1330
West Palm Beach, FL 33401
561-238-9900(ph)/561-238-9920(fax)
Of Counsel:
Harry J. Roper, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-CIV-81178-MIDDLEBROOKS/Johnson

WHITE WATER INVESTMENTS, INC.,
a Florida Corporation,

        Plaintiff,

vs.

ETHICON ENDO-SURGERY, INC.,
an Ohio Corporation,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

BASED UPON the foregoing Stipulation, it is

ORDERED and ADJUDGED that the Complaint is hereby dismissed with prejudice and that the Counterclaim is hereby dismissed with prejudice, each party to bear its own fees and costs.

DONE and ORDERED in West Palm Beach, Florida, this ___ day of _____, 2005.

                                                                    JUDGE

**Copies furnished to:**
John Scarola, Esquire, Searcy Denney Scarola Barnhart & Shipley, P.A., P.O. Drawer 3626, West Palm Beach, FL 33402-3626;
Joseph Beckman, Esquire, The Intellect Law Group, 2400 SE Federal Hwy, Stuart, FL 34994;
Eric C. Christu, Esquire, 222 Lakeview Avenue, Suite 1330, West Palm Beach, FL 33401;
Harry J. Roper, Esquire, Jenner & Block LLP, One IBM Plaza, Chicago, IL 60611; and
Rudolph Aragon, Esquire, White & Case, 200 South Biscayne Blvd, Miami, FL 33131